

MICHAEL SHAPANKA, ESQ., P.C.
ATTORNEY AT LAW
150 WEST END AVE.
SOMERVILLE, N.J. 08876
908-218-7928
FAX 908-218-0832
mshapanka@optonline.net

December 29, 2015

Via email    ALCarterNYSDChambers@nysd.uscourts.gov
Honorable Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re:   Luigi Agostini v. U.S. Securities and Exchange Commission
      Case No.15-cv-9595

Dear Judge Carter:

     On December 17, 2015 the Court permitted me to argue Plaintiff, Luigi Agostini's,
application through an Order to Show Cause seeking to enjoin the U.S. Securities and
Exchange Commission from continuing the administrative proceeding it has pending
against him.  In granting the application the Court required that I follow up and provide
the Court with a current Certificate of Good Standing from the Supreme Court of New
Jersey.  Appended with this email is a copy of the Supreme Court of New Jersey
Certificate of Good Standing dated December 23, 2015 which I received today.

                                   Respectfully submitted,

                                   Michael Shapanka

CC:   Jean Lin, Senior Trial Counsel, U.S. Dept. of Justice
      Adam Grogg, Trial Counsel, U.S. Dept. of Justice
      Jeannette Vargas, Trial Counsel, U.S. Dept. of Justice
      Luigi Agostini

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **MICHAEL SHAPANKA**

*(No.* **021551993** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 21, 1993** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **23RD** *day of* **December** *, 20* **15**



*Clerk of the Supreme Court*